IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
__Harrisonburg__ DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT HARRISONBURG, VA
FILED

FEB 21 2025

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

__Crystal Allman__
__Gary Allman__

Plaintiff(s),

v.

__Shenandoah Valley Social Services,__
__Augusta County JDR Judge Linda Jones__

Defendant(s).
(Enter the full name(s) of ALL parties in this lawsuit.
Please attach additional sheets if necessary).

Civil Action No.: __5:25CV10__
(To be assigned by Clerk of District Court)

## COMPLAINT

### PARTIES

1. List all Plaintiffs. State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

   a. Plaintiff No. 1

      Name: __Crystal Allman__
      Address: __70 Old Burke Mill Rd Weyerscave VA 24486__
      Telephone Number: __540-810-5527__

   b. Plaintiff No. 2

      Name: __Gary Allman__
      Address: __70 Old Burke Mill Rd Weyerscave VA 24486__
      Telephone Number: __540-810-2956__

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

      Name: Auguste County CPS

      Address: 68 Dick Huff Ln verona vg 24482

   b. Defendant No. 2

      Name: Linda Jones

      Address: 6 East Johnson St. Staunton va 24401

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

   3. What is the basis for federal court jurisdiction?

☐ Federal Question        ☐ Diversity of Citizenship        ☐ Government Defendant

   4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

Due Process, ADA Section 504 of The Rehabilitation Act Violations Fraudulent Warrant Judicial Misconduct    Court Bias

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff No. 1: Crystal Allman    State of Citizenship: VA

Plaintiff No. 2: Cory Allman    State of Citizenship: VA

Defendant No. 1: CPS    State of Citizenship: VA

Defendant No. 2: Linda Jones    State of Citizenship: VA

Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached. ☑

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. On Sept. 14 CPS Took our children without a warrant or court order. On Sept 17. After showing up at court at 8:30AM at 12:00 PM The clerk said we did not have court. On Sept 19 we got a warrant and reasons why the kids were Taken and That Crystal Allman was appointed an attorney GA on Sept 17Th After we left. Feb. 13 was granted a whit of mandamos Then Every Judge Recused Then beiung In Jdr court, Every motion we put in was denied and They never took our Evide

Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively. Check here if additional sheets of paper are attached. ☑

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

G.A.

~~see~~ Motion for Emergency Relief and Immediate Return of Children

Issue a Immediate Return of minor children to Plaintiffs Custody

Declare the Defendants violated Plaintiffs Constitutional Right ADA and Rehabilitation Act.

Hold CPS accountable for violating Federal Law

Order an injunction preventing CPS from further unlawful interference with Plaintiffs parental Rights

DEMAND FOR JURY TRIAL:       ☐ YES        ☑ NO

Signed this _____ day of _____, _____.

Signature of Plaintiff No. 1 __Crystal Allman__

Signature of Plaintiff No. 2 _____

NOTE: All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.

Case 5:25-cv-00010-JHY-JCH    Document 1    Filed 02/21/25    Page 5 of 5    Pageid#: